IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                  ) | Criminal No. 5:16-CR-50008-001 |
| ) | |
| HORACIO BAUTISTA                            ) | |

**ORDER GRANTING THE GOVERNMENT'S
MOTION TO REMIT FINE OWED**

The Court, having read and considered the Government's Motion to Remit Fine (Doc. 29) filed in the above captioned matter, makes the following finding:

1. The balance of $1,650.00 that is owed in this matter shall be remitted pursuant to Title 18, United States Code, Section 3573.

IT IS SO ORDERED this 15th day of July, 2022.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE